UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| DELBERT M. GREENE and RICHARD C. ABOTT, | Case No. 2:18-cv-01148-APG-GWF |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| ARAMARK CO., | |
| Defendant. | |

**I.   DISCUSSION**

Plaintiffs Delbert M. Greene and Richard C. Abott ("Plaintiffs") are inmates in the custody of the Clark County Detention Center. Plaintiffs have submitted a joint civil rights complaint pursuant to 42 U.S.C. § 1983 and have each filed applications to proceed *in forma pauperis*. (ECF No. 1, 1-1, 3).

Plaintiffs' applications to proceed *in forma pauperis* are incomplete. Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiffs must each complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. Neither Plaintiff has submitted a properly executed financial certificate or an inmate account statement. (*See* ECF No. 1, 3). As such, the *in forma pauperis* applications are denied without prejudice. The Court will retain Plaintiffs' civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiffs will be granted an opportunity to cure the deficiencies of their individual applications to proceed *in forma*

*pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiffs choose to file new applications to proceed *in forma pauperis*, they must each file fully complete applications to proceed *in forma pauperis*.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiffs' applications to proceed *in forma pauperis* (ECF No. 1, 3) are DENIED without prejudice to file new applications.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND each Plaintiff a copy of this order.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND each Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within thirty (30) days from the date of this order, each Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiffs do not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1), but shall not file it at this time.

DATED THIS 2nd day of July 2018.

*George Foley Jr*
UNITED STATES MAGISTRATE JUDGE