## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT M. GREENE and RICHARD C. ABOTT,<br><br>Plaintiffs,<br><br>v.<br><br>ARAMARK CO,<br><br>Defendants. | Case No. 2:18-cv-01148-APG-GWF<br><br>**ORDER** |

Plaintiffs Delbert M. Greene and Richard C. Abott have submitted a joint civil rights complaint under 42 U.S.C. § 1983 and have each submitted applications to proceed *in forma pauperis* for prisoners. ECF Nos. 1-1, 5, 6. I have not yet screened the complaint. At the time of submitting their complaint, both plaintiffs were inmates at the Clark County Detention Center (CCDC). *See* ECF No. 1-1. But since then, Abott has been released from the CCDC. *See* ECF No. 9. Greene now seeks to voluntarily dismiss himself from this lawsuit but states that Abott will make his own decision about this lawsuit. ECF No. 10.

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." I grant Greene's motion to voluntarily dismiss himself from this action because no responsive pleading has been filed, and I deny as moot his application to proceed *in forma pauperis* (ECF No. 6).

I further deny the motion for submission of complaint. ECF No. 8. I will direct the Clerk of Court to file the complaint after the screening process.

1    I also deny Abott's application to proceed *in forma pauperis* for prisoners (ECF No. 5) as
2 moot because he is no longer incarcerated. Abott must file an application to proceed *in forma*
3 *pauperis* by a non-prisoner by August 31, 2019 or pay the full filing fee of $400.

**I.      CONCLUSION**

It is ordered that plaintiff Greene's motion to voluntarily dismiss himself from this case **(ECF No. 10) is granted**. The Clerk of the Court is directed to terminate Greene as a plaintiff in this case.

It is further ordered that Greene's application to proceed *in forma pauperis* **(ECF No. 6) is denied as moot**.

It is further ordered that the motion for submission of complaint **(ECF No. 8) is denied.**

It is further ordered that plaintiff Abott's application to proceed *in forma pauperis* for prisoners **(ECF No. 5) is denied as moot**.

It is further ordered that the Clerk of the Court will send Abott the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that within **by August 31, 2019**, Abott will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400. If Abott fails to timely comply with this order, I will dismiss this case without prejudice.

Dated: August 1, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE